February 24, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

GILLASPIA INVESTMENT GROUP, INC. D/B/A TEXAS TRUCK SALES,
Appellant

NO. 14-15-00005-CV                     V.

LEAH M. DAIGLE, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on August 22, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Gillaspia Investment Group, Inc. d/b/a Texas Truck Sales.

We further order this decision certified below for observance.